UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gregory Hawkins,

    Plaintiff,

v.                                        Case No. 14-14870

U.S. Bank, N.A., *et al.*,            Sean F. Cox
                                                United States District Court Judge

    Defendants.
_____/

## ORDER
## ACCEPTING AND ADOPTING
## JUNE 25 2015 REPORT & RECOMMENDATION

Plaintiff filed this action in state court and it was removed to this Court. Thereafter, Defendants filed a Motion to Dismiss (Docket Entry No. 3). This Court referred the Motion to Dismiss to Magistrate Judge Mona Majzoub for issuance of a report and recommendation.

On June 25, 2015, Magistrate Judge Majzoub issued a Report and Recommendation (Docket Entry No. 8) wherein she recommends that this Court: 1) grant Defendants' Motion to Dismiss and dismiss this action; and 2) deny Defendant's request for costs and attorney fees.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

No party has filed objections to the R&R and the time permitted for filing objections to the R&R has passed.

The Court hereby ADOPTS the June 25, 2015 Report and Recommendation. IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED to the extent that this Court shall dismiss this action with prejudice. The motion is DENIED as to Defendants' request for an award of costs and attorney fees.

IT IS SO ORDERED.

                                        S/Sean F. Cox  
                                        Sean F. Cox  
                                        United States District Judge

Dated: July 21, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 21, 2015, by electronic and/or ordinary mail.

                                        S/Jennifer McCoy  
                                          Case Manager